FILED

SEP 25 2013

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| RICHARD RUSSELL, | ) **4:13CR392 HEA/FRB** |
| Defendant. | ) ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 13, 2013, in the Eastern District of Missouri,

**RICHARD RUSSELL,**

the Defendant herein, did knowingly cause to be delivered by the United States Postal Service according to the directions thereon, a communication, dated January 13, 2013, addressed to a United States District Judge, and containing a threat to injure another person to wit, the defendant's immediate family members.

In violation of Title 18, United States Code, Section 876(c).

### COUNT TWO

The Grand Jury further charges that:

On or about January 14, 2013, in the Eastern District of Missouri,

**RICHARD RUSSELL,**

the Defendant herein, in a letter addressed to a United States Magistrate Judge, did threaten to assault and murder a United States Magistrate Judge with the Eastern District of Missouri, with the

intent to impede, intimidate, and interfere with the United States Magistrate Judge while engaged in the performance of the United States Magistrate Judge's official duties, and to retaliate against the United States Magistrate Judge on account of the performance of the United States Magistrate Judge's official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT THREE

The Grand Jury further charges that:

On or about January 14, 2013, in the Eastern District of Missouri,

**RICHARD RUSSELL,**

the Defendant herein, did knowingly cause to be delivered by the United States Postal Service according to the directions thereon, a communication, dated January 14, 2013, addressed to a United States Magistrate Judge, and containing a threat to injure another person, to wit, the defendant's immediate family members.

In violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR

The Grand Jury further charges that:

On or about May 24, 2013, in the Eastern District of Missouri,

**RICHARD RUSSELL,**

the Defendant herein, in a letter addressed to an United States Probation Officer, did threaten to assault and murder a United States Probation Officer with the Eastern District of Missouri, with the intent to impede, intimidate, and interfere with the United States Probation Officer while engaged in the performance of the United States Probation Officer's official duties, and to retaliate

against the United States Probation Officer on account of the performance of the United States Probation Officer's official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT FIVE

The Grand Jury further charges that:

On or about ~~January~~ May 24, 2013, in the Eastern District of Missouri, [RMM]

**RICHARD RUSSELL,**

the Defendant herein, through the use of the mail in a letter addressed to an United States Probation Officer, willfully did threaten to unlawfully damage and destroy a building, to wit, the Thomas F. Eagleton United States Courthouse in Saint Louis, Missouri, by means of fire and explosive.

In violation of Title 18, United States Code, Section 844(e).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
RAYMOND M. MEYER, 34584MO
Assistant United States Attorney